UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHNBOSCO OBOMA,               )<br>                                                )<br>         PLAINTIFF             )<br>                                                )<br>v.                                            )             CIVIL NO. 2:16-CV-394-DBH<br>                                                )<br>GRANITE BAY CARE, INC.,    )<br>                                                )<br>         DEFENDANT           ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56(h)**

A Local Rule 56(h) pre-filing conference was held on March 21, 2017.

The plaintiff Johnbosco Oboma has asserted one count for employment retaliation under the Maine Whistleblowers' Protection Act, 26 M.R.S.A. § 833.

After listening to the lawyers discuss their clients' differences, I suggested that the core underlying facts of what happened and who said what may not be in dispute, but that the parties disagree over the inferences to be drawn from them.  I suggested that the lawyers try to reach an agreement on the undisputed underlying material facts and therefore avoid unnecessary denials, qualifications, and counter statements of material facts.  I also expressed some skepticism that, given the role inference plays at summary judgment (i.e., in favor of the nonmoving party), the defendant could succeed on its motion for summary judgment.

I approved the following schedule proposed by the parties:

By May 5, 2017, the defendant shall file its motion for summary judgment with supporting materials in accordance with Local Rule 56.

By May 26, 2017, the plaintiff shall file his response in accordance with Local Rule 56.

By June 9, 2017, the defendant shall file any reply.

**SO ORDERED.**

**DATED THIS 21ST DAY OF MARCH, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**